UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FEDLOAN STUDENT LOAN SERVICING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | No. 18-md-02833<br><br>ORAL ARGUMENT REQUESTED<br><br>HON. C. DARNELL JONES, II |

**PLAINTIFFS' NOTICE OF MOTION TO APPOINT LOWEY DANNENBERG, P.C. AS INTERIM CLASS COUNSEL, ESTABLISH AN EXECUTIVE COMMITTEE, AND FOR LEAVE TO FILE A CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

TO THE COURT AND ALL PARTIES AND THEIR ATTOREYS OF RECORD:

PLEASE TAKE NOTICE that on June 27, 2018, in the courtroom of the Honorable C. Darnell Jones, II, United States District Court for the Eastern District of Pennsylvania, Plaintiffs in the related actions: (1) *Salvatore v. PHEAA*, 1:17-cv-00385 (M.D. Pa.); (2) *Morris et al. v. PHEAA*, 2:18-cv-00031 (E.D. Pa.); (3) *Clancy v. PHEAA*, 2:18-cv-00753 (E.D. Pa.); (4) *Keegan et al. v. PHEAA*, 2:18-cv-01143 (E.D. Pa.); (5) *Anderson v. PHEAA*, 2:18-cv-01378 (E.D. Pa.); will and hereby do move the Court, under Federal Rule of Civil Procedure 23, for an order:

(1) Appointing the law firm of Lowey Dannenberg, P.C. ("Lowey") as interim class counsel for the above-captioned action under Federal Rule of Civil Procedure 23(g) ("Lead Counsel");

(2) Establishing an executive committee of Lowey, Peiffer Wolf Carr & Kane APLC ("PWCK"), and Edelson & Associates LLC ("Edelson"); and

(3) Granting leave to file a consolidated amended class action complaint.

1

This motion is based on this Notice of Motion, the incorporated Memorandum of Law, the accompanying Proposed Order, and attached firm resumes.

Dated:  June 27, 2018

Respectfully submitted,

**LOWEY DANNENBERG, P.C.**

By:  /s/ *Peter D. St. Phillip*
Peter D. St. Phillip (PA ID# 70027)
Christian Levis (admitted *pro hac vice*)
Roland St. Louis III (*pro hac vice* forthcoming)
Lee J. Lefkowitz (*pro hac vice* forthcoming)
44 S. Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
Email:  pstphillip@lowey.com
            clevis@lowey.com
            rstlouis@lowey.com
            llefkowitz@lowey.com

Laura Mummert (PA ID# 85964)
Anthony M. Christina (PA ID# 322528)
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA
Tel.: (610) 941-2760
Fax: (610) 862-9777
Email:  lmummert@lowey.com
            achristina@lowey.com

*Proposed Interim Class Counsel and Counsel for Plaintiffs Adam Morris, Arthur Burkle, Denise Graham, Daniel Keegan, and Shon Meckfessel.*

**PEIFFER ROCA WOLF ABDULLAH CARR & KANE, APLC**

Brandon M. Wise (*pro hac vice* forthcoming)
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Tel.: (314) 833-4825
Fax: (504) 523-2464
Email:  bwise@prwlegal.com

**MUNLEY LAW P.C.**

2

Marion K. Munley, Esq. (PA ID# 46957)
227 Penn Avenue
Scranton, PA 18503
Tel.: (570) 346-7401
Fax: (570) 346-3452
Email: mmunley@munley.com

*Counsel for Plaintiff Danielle Salvatore*

**EDELSON & ASSOCIATES, LLC**

Marc H. Edelson (PA ID# 51834)
Liberato Verderame (PA ID# 80279)
3 Terry Drive, Suite 205
Newtown, PA 18940
Tel.: (215) 867-2399
Fax: (267) 685-0676
Email: medelson@edelson-law.com
         lverderame@edelson-law.com

**GRABAR LAW OFFICE**

Joshua H. Grabar (PA ID# 82525)
1735 Market Street, Suite 3750
Philadelphia, PA 19103
Tel.: (267) 507-6085
Email: jgrabar@grabarlaw.com

**GOLDMAN SCARLATO & PENNY, P.C.**

Paul Scarlato (PA ID# 47155)
Brian Penny (PA ID# 86805)
8 Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, PA 19428
Tel.: (484) 342-0700
Fax: (484) 580-8747
Email: scarlato@lawgsp.com
         penny@lawgsp.com

*Counsel for Plaintiffs Carol Clancy and Arielle Anderson*