IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: FEDLOAN STUDENT LOAN          :        MDL
SERVICING LITIGATION                 :        NO. 18-2833

# ORDER

AND NOW, this 12th day of September, 2018, upon consideration of all submissions by proposed interim and lead counsel in the above-captioned matter, it is hereby ORDERED that Attorney Laura K. Mummert is APPOINTED as INTERIM COUNSEL for purposes of the Initial Pretrial Conference scheduled for Monday, October 15, 2018.

It is further ORDERED that on or before September 26, 2018, any and all counsel seeking appointment as Lead Counsel or Co-Lead Counsel, shall file with the court (via the court's Electronic Case Filing "ECF" system), their proposed fee arrangements and be prepared to present an oral statement in support of candidacy in five (5) minutes or less, on October 15, 2018.[1]

BY THE COURT:

/s/ C. Darnell Jones, II     J.

---

[1] This Court shall separately address establishment of an Executive Committee at the Initial Pretrial Conference.