IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: FEDLOAN STUDENT LOAN  : MDL
SERVICING LITIGATION : NO. 18-2833

# **ORDER**

AND NOW, this 16th day of October, 2018, it is hereby ORDERED as follows:

(1) Plaintiffs' Motion to Appoint Counsel and for Leave to File Consolidated Amended Class Action Complaint (ECF No. 2) is DENIED as follows:

   (A) To the extent the motion seeks appointment of Interim Counsel, it is rendered moot by reason of this Court's appointment of same on September 12, 2018 (ECF No. 20);

   (B) To the extent the motion seeks leave to file amended pleadings, said request is premature in light of the briefing ordered by the court herein;

(2) This Court hereby APPOINTS Gary Lynch, Esq. and Laura K. Mummert, Esq. as LEAD CO-COUNSEL in the above-captioned matter;

(3) This Court hereby APPOINTS the following attorneys to serve on an Executive Committee in the above-captioned matter:

   • Bryan L. Bleichner, Esq.;
   • Troy J. Doucet, Esq.;
   • Brian C. Gudmundson, Esq.;
   • Karen Hanson Riebel, Esq.;
   • Roland R. St. Louis, III, Esq.; and,
   • Brandon Wise, Esq.;

(4) **On or before November 14, 2018**, Lead Counsel shall file briefing on the following issues:

   (A) Effect of dismissal of Ohio Plaintiffs' Amended Complaint for purposes of inclusion in the instant litigation; and,

      (B)    The extent to which preliminary class discovery is required prior to submission of an Amended Class Complaint.  Said briefing shall not exceed ten (10) pages *in toto*; and,

(5)    **On or before December 14, 2018**, Defendants' shall file a Response to Plaintiffs' briefing.  Said Response shall not exceed ten (10) pages *in toto*.

BY THE COURT:

/s/  C. Darnell Jones, II