IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: FEDLOAN STUDENT LOAN : MDL
SERVICING LITIGATION : NO. 18-2833

**ORDER**

AND NOW, this 22nd day of October, 2018, it is hereby ORDERED that Paragraphs 4 and 5 of this Court's Order dated October 16, 2018 (ECF No. 29) are AMENDED to read as follows:

(4) **On or before November 21, 2018**, Lead Counsel for Plaintiffs shall file briefing on the following issues:

(A) Effect of dismissal of Ohio Plaintiffs' Amended Complaint for purposes of inclusion in the instant litigation; and,

(B) The extent to which preliminary class discovery may be required or is not necessary prior to submission of an Amended Class Complaint.

Said briefing shall not exceed ten (10) pages *in toto*; and,

(5) **On or before December 21, 2018**, Defendants shall file a Response to Plaintiffs' briefing. Said Response shall not exceed ten (10) pages *in toto*.

BY THE COURT:

/s/ C. Darnell Jones, II      J.