# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FEDLOAN STUDENT LOAN SERVICING LITIGATION | MDL No. 18-2833 |
| THIS DOCUMENT RELATES TO: *ALL ACTIONS* | Judge C. Darnell Jones, II |

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to File a Reply to Defendant Pennsylvania Higher Education Assistance Agency and Defendant United States Department of Education's Responses to Plaintiffs' Brief Pursuant to the Court's October 22, 2018 Order (ECF Nos. 33 and 34), the Court hereby **GRANTS** the Motion and the Reply Brief attached thereto shall be deemed **FILED** as of this day.

**IT IS SO ORDERED**

Jan. 7, 2019
Date

Hon. C. Darnell Jones, II
U.S.D.J.