IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: FEDLOAN STUDENT LOAN     :     MDL
SERVICING LITIGATION            :     NO. 18-2833

## ORDER

AND NOW, this 16th day of January, 2019, it is hereby ORDERED that Defendant Pennsylvania Higher Education Assistance Agency's written request dated January 8, 2019 for a telephonic conference is DENIED.  It is further ORDERED that on or before January 30, 2019, said Defendant may file a Response to Plaintiffs' Reply (ECF No. 37) in the above-captioned matter.  Any Response shall not exceed eight (8) pages.

BY THE COURT:

/s/ C. Darnell Jones, II          J.