# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FEDLOAN STUDENT LOAN SERVICING LITIGATION | MDL Docket No. 18-2833 |
| | JURY TRIAL DEMANDED |
| ALL CASES | |

## ORDER

AND NOW, this 28th day of October, upon consideration of Plaintiffs' unopposed request

for a two-week extension of time to file an Amended Class Complaint, it is hereby ORDERED

that Plaintiffs shall file an Amended Class Complaint on or before November 11, 2019.

BY THE COURT:

_____
United States District Court Judge
C. Darnell Jones II