UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: FEDLOAN STUDENT
LOAN SERVICING LITIGATION

ALL CASES

MDL Docket No. 18-2833

JURY TRIAL DEMANDED

FILED
NOV 01 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 31st day of October, upon consideration of Defendant, Pennsylvania Higher Education Assistance Agency's, unopposed request for a two-week extension of time to move or plead to the Amended Class Action Complaint, it is hereby ORDERED that Defendant, Pennsylvania Higher Education Assistance Agency, shall move or plead to Plaintiffs' Amended Class Action Complaint on or before December 9, 2019.

BY THE COURT:

_____
United States District Court Judge
C. Darnell Jones II

14417503v1