IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: FEDLOAN STUDENT LOAN SERVICING LITIGATION** | Case No. 2:18-md-02833 <br><br> HON. C. DARNELL JONES, II |
| *THIS DOCUMENT RELATES TO*:<br><br>ADAM MORRIS, ARTHUR BURKLE, DENISE GRAHAM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>– against –<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, D/B/A FEDLOAN SERVICING, D/B/A AMERICAN EDUCATION SERVICES,<br><br>Defendant. | Case No. 2:18-cv-00031 |

## NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF ARTHUR BURKLE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Arthur Burkle hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against Defendant Pennsylvania Higher Education Assistance Agency (d/b/a FedLoan Servicing and d/b/a American Education Services) ("PHEAA" or "Defendant").

1

Dated: November 11, 2019                    Respectfully submitted

                                               /s/ Anthony M. Christina
                                               Laura K. Mummert
                                               Anthony M. Christina
                                               **LOWEY DANNENBERG, P.C.**
                                               One Tower Bridge
                                               100 Front Street, Suite 520
                                               West Conshohocken, PA 19428
                                               Tel: (215) 399-4770
                                               E-mail: lmummert@lowey.com
                                                           achristina@lowey.com

                                               Christian Levis (admitted *pro hac vice*)
                                               **LOWEY DANNENBERG, P.C.**
                                               44 South Broadway, Suite 1100
                                               White Plains, NY 10601
                                               Tel: (914) 997-0500
                                               E-mail: clevis@lowey.com

                                               *Counsel for Plaintiff Arthur Burkle*

## **CERTIFICATE OF SERVICE**

I, Anthony M. Christina, hereby certify that on November 11, 2019, I filed and served through the Court's ECF system a true and correct copy of the foregoing documents. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of this Court's electronic filing system.

*/s/ Anthony M. Christina*
Anthony M. Christina