# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FEDLOAN STUDENT LOAN SERVICING LITIGATION | MDL Docket No. 18-2833 |
| ALL CASES | Hon. C. Darnell Jones, II |

## DEFENDANT PHEAA'S MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Defendant Pennsylvania Higher Education Assistance Agency (PHEAA), by and through its undersigned counsel, hereby moves for an Order pursuant to Federal Rule of Civil Procedure 12(b), dismissing Plaintiffs' Consolidated Amended Class Action Complaint (Doc. No. 47) with prejudice. In support of its Motion, PHEAA incorporates herein the accompanying Memorandum of Law and Exhibits.

WHEREFORE, PHEAA respectfully requests that the Court enter the proposed Order dismissing Plaintiffs' Consolidated Amended Class Action Complaint (Doc. No. 47) with prejudice.

DATED:  February 10, 2020

*/s/ John C. Grugan*
John C. Grugan
Jason A. Leckerman
Thomas F. Burke
Brittany M. Wilson
**BALLARD SPAHR LLP**
1735 Market St., 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 864-8500
Facsimile: (215) 864-8999

*Attorneys for Defendant Pennsylvania Higher Education Assistance Agency*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that, on February 10, 2020, he caused to be served copies of the foregoing Motion and accompanying Memorandum of Law and Exhibits upon all counsel of record by ECF filing.

DATED:  February 10, 2020  Respectfully submitted,

*/s/ John C. Grugan*
John C. Grugan
Jason A. Leckerman
Thomas F. Burke
Brittany M. Wilson
**BALLARD SPAHR LLP**
1735 Market St., 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 864-8500
Facsimile: (215) 864-8999

*Attorneys for Defendant Pennsylvania Higher Education Assistance Agency*