# Exhibit 3

# Exhibit 3:
# Bases for PHEAA's Motion to Dismiss the Consolidated Amended Class Action Complaint by Jurisdiction and Plaintiff[1]

| | | No PSLF/TEACH Standing | No TEACH Injury | No PSLF Injury | No IDR Injury | Not third-party beneficiaries | No Unjust Enrichment | No Fiduciary Duty | No Duty As A Loan Servicer | No Negligence *Per Se* | No Representation By PHEAA | No Consumer Protection Claim | 9(b) – Consumer Protection Statute | 9(b) – Constructive Fraud | 9(b) – Negligent Misrepresentation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Argument Section** | | V.C.1-2 | V.C.3[2] | V.C.3[2] | V.C.3[2] | V.D.1[3] | V.D.2 | V.D.3.b | V.D.3.c | V.D.3.d | V.D.4 | V.D.5 | V.E | V.E | V.E |
| Alabama | Bonham | | | | | ● | ● | ● | ● | ● | | | | | ● |
| California | Stevens | | | | | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| | Gupta | ● | | ● | | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| | Arany | | | | | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| Connecticut | Davis | | ● | | ● | ● | ● | ● | ● | ● | | | ● | | ● |

---

[1] Exhibit 3 does not depict PHEAA's derivative sovereign immunity or preemption arguments, which apply to all of Plaintiffs' claims.

[2] The twelve Plaintiffs identified in Sections V.C.1 and V.C.2 of PHEAA's memorandum have not established standing or ripeness, and therefore provide no basis for Plaintiffs collectively to assert PSLF or TEACH claims in the relevant jurisdictions, as PHEAA argues in Section V.C.3.

[3] PHEAA's arguments for dismissal in Sections V.D and V.E are independent of its grounds for dismissal on the basis of derivative sovereign immunity, preemption, and standing.

| | | No PSLF/TEACH Standing | No TEACH Injury | No PSLF Injury | No IDR Injury | Not third-party beneficiaries | No Unjust Enrichment | No Fiduciary Duty | No Duty As A Loan Servicer | No Negligence *Per Se* | No Representation By PHEAA | No Consumer Protection Claim | 9(b) – Consumer Protection Statute | 9(b) – Constructive Fraud | 9(b) – Negligent Misrepresentation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Argument Section** | | V.C.1-2 | V.C.3[2] | | | V.D.1[3] | V.D.2 | V.D.3.b | V.D.3.c | V.D.3.d | V.D.4 | V.D.5 | V.E | | |
| **D.C.** | Gallagher | ● | ● | ● | | ● | ● | ● | ● | ● | | ● | | ● | ● |
| **Florida** | Turnage | | | ● | | ● | ● | ● | ● | ● | | | ● | | ● |
| | Asby | | | ● | | ● | ● | ● | ● | ● | ● | | ● | | ● |
| **Illinois** | Rockwell | | | ● | | ● | ● | ● | ● | ● | ● | | ● | ● | |
| | Charles | | | ● | | ● | ● | ● | ● | ● | | | ● | ● | |
| | Musser | | | ● | | ● | ● | ● | ● | ● | ● | | ● | ● | |
| | Puccini | | | ● | | ● | ● | ● | ● | ● | ● | | ● | ● | |
| **Kansas** | Jones | ● | ● | ● | ● | ● | ● | | ● | ● | ● | ● | ● | | |
| **Maryland** | Lathrop | | ● | | ● | ● | ● | ● | ● | ● | | | ● | ● | |
| **Massachusetts** | Webb | ● | | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| **Missouri** | King | ● | ● | ● | | ● | ● | | | ● | | | ● | ● | ● |
| **New Jersey** | Leone | | ● | | | ● | ● | ● | ● | ● | | | ● | ● | ● |
| | Coleman | ● | ● | ● | | ● | ● | ● | ● | ● | | | ● | ● | ● |
| | Johnson | | ● | | | ● | ● | ● | ● | ● | | | ● | ● | ● |
| **New York** | Wardlow | | | ● | | ● | ● | ● | ● | ● | ● | | | ● | ● |

| | | No PSLF/TEACH Standing | No TEACH Injury | No PSLF Injury | No IDR Injury | Not third-party beneficiaries | No Unjust Enrichment | No Fiduciary Duty | No Duty As A Loan Servicer | No Negligence *Per Se* | No Representation By PHEAA | No Consumer Protection Claim | 9(b) – Consumer Protection Statute | 9(b) – Constructive Fraud | 9(b) – Negligent Misrepresentation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Argument Section** | | V.C.1-2 | V.C.3[2] | | | V.D.1[3] | V.D.2 | V.D.3.b | V.D.3.c | V.D.3.d | V.D.4 | V.D.5 | V.E | | |
| | Brady | | | ● | | ● | ● | ● | ● | ● | ● | | | | ● | ● |
| **Oregon** | Pruess | | ● | | | ● | ● | ● | ● | ● | | | | | |
| | Wolff | | ● | | | ● | ● | ● | ● | ● | | | | | |
| **Pennsylvania** | Morris | ● | ● | | | ● | ● | ● | ● | ● | | | | | |
| | Hawkins | | ● | | | ● | ● | ● | ● | ● | ● | ● | | | |
| | Pryor | | ● | | | ● | ● | ● | ● | ● | ● | | | | |
| | Harig | ● | ● | ● | | ● | ● | ● | ● | ● | | ● | | | |
| **Tennessee** | Meyer | ● | | | | ● | ● | ● | ● | ● | | | | ● | ● |
| **Virginia** | Levis | ● | | | | ● | ● | ● | ● | ● | | | | ● | ● |
| | Miller | ● | | | | ● | ● | ● | ● | ● | | | | ● | ● |
| | Shelley | | | | | ● | ● | ● | ● | ● | | | | ● | ● |
| **Washington** | Anderson | | ● | | | ● | ● | | | ● | | | ● | ● | ● |
| | Meckfessel | ● | ● | ● | | ● | ● | | | ● | | | ● | ● | ● |

3