# Exhibit 4

# Exhibit 4:
# Preemption Bases for PHEAA's Motion to Dismiss the Consolidated Amended Class Action Complaint

| | | Omission-based Claims Expressly Preempted | Misrepresentation-based Claims Expressly Preempted | Conflict Preemption |
|---|---|---|---|---|
| **Section V.B.** The Court should dismiss Plaintiffs' state-law claims as preempted by the HEA. ||||| 
| **Argument Section** | | V.B.2.a | V.B.2.b | V.B.3 |
| **Count** | **Paragraph** | | | |
| **Count 9 – Breach of Fiduciary Duty** | 671 | | ● | ● |
| **Count 10 - Constructive Fraud** | 679.a | ● | ● | ● |
| | 679.b | | ● | ● |
| | 679.c | ● | ● | ● |
| | 679.d | ● | ● | ● |
| | 679.e | ● | ● | ● |
| | 679.f | ● | ● | ● |
| **Count 12 – Negligence** | 716.g | | ● | ● |
| | 716.h | | ● | ● |
| | 716.i | ● | ● | ● |
| | 716.j | ● | ● | ● |
| | 716.k | | | ● |
| | 716.l | | | ● |
| | 716.m | | | ● |

2

| | | Omission-based Claims Expressly Preempted | Misrepresentation-based Claims Expressly Preempted | Conflict Preemption |
|---|---|---|---|---|
|  | **Section V.B.** <br><br> **The Court should dismiss Plaintiffs' state-law claims as preempted by the HEA.** | | | |
| **Argument Section** | | **V.B.2.a** | **V.B.2.b** | **V.B.3** |
| **Count** | **Paragraph** | | | |
| | 716.n | | | ● |
| | 716.o | ● | ● | ● |
| | 716.p | | | ● |
| **Count 13 – Negligence *per se*** | 726 | | | ● |
| | 742 | ● | ● | ● |
| **Count 14 – Negligent Misrepresentation** | 749 | | ● | ● |
| **Counts 15-28 – State Consumer Protection Statutes** | C and F of ¶¶ 761, 775, 791, 807, 824, 840, 857, 872, 887, 902, 917, 932, 939, 956 | ● | ● | ● |