# Exhibit 5

# Exhibit 5:
# Bases for Lack of Standing in Consumer Protection Act Claims for PHEAA's Motion to Dismiss the Consolidated Amended Class Action Complaint[1]

| | Section V.C.3.  In the absence of an injury connected to a specific jurisdiction, Plaintiffs lack standing to bring claims under the laws of that jurisdiction. | | | |
|---|---|---|---|---|
| Count | Consumer Protection Claim | Named Plaintiff | Claims For Which Standing Is Ostensibly Alleged | Claims For Which Standing Is Not Alleged And Should Be Dismissed |
| 15. | California | Chris Stevens Tanuja Goulet Arany Dr. Garima Gupta | TEACH, IDR, PSLF | |
| 16. | Connecticut | Andrea Davis | PSLF | IDR, TEACH |
| 17. | District of Columbia | Arianne Gallagher | IDR/PSLF | TEACH |
| 18. | Florida | Michael Asby Adele S. Turnage | TEACH, IDR | PSLF |
| 19. | Illinois | Jacquelynn Charles Megan Musser Stacey Puccini Hannah Rockwell | TEACH, IDR | PSLF |
| 20. | Kansas | Lindsey Jones | TEACH | IDR, PSLF |
| 21. | Maryland | Yannet Lathrop | IDR, PSLF | TEACH |

---

[1] This chart does not reflect PHEAA's independent argument in Sections V.C.1 and V.C.2 that Plaintiffs Coleman, Gallagher, Gupta, Harig, King, Jones, Lathrop, Levis, Meckfessel, Meyer, Miller, Morris, and Webb have failed to adequately allege standing or ripeness.

| | **Section V.C.3.** | | | |
|---|---|---|---|---|
| | **In the absence of an injury connected to a specific jurisdiction, Plaintiffs lack standing to bring claims under the laws of that jurisdiction.** | | | |
| **Count** | **Consumer Protection Claim** | **Named Plaintiff** | **Claims For Which Standing Is Ostensibly Alleged** | **Claims For Which Standing Is Not Alleged And Should Be Dismissed** |
| 22. | Massachusetts | Maggie Webb | TEACH | IDR, PSLF |
| 23. | Missouri | Brittany King | IDR, PSLF | TEACH |
| 24. | New Jersey | Seniqua Johnson Amanda Leone Jamie Coleman a/k/a Jamie McFarland | IDR, PSLF | TEACH |
| 25. | New York | Katherine Wardlow Laura Brady | TEACH, IDR | PSLF |
| 26. | Oregon | Nichole Wolff Heather Pruess | IDR, PSLF | TEACH |
| 27. | Pennsylvania | Adam Morris Mark Hawkins Nathan Harig Meagan Pryor | IDR, PSLF | TEACH |
| 28. | Washington | Arielle Anderson Shon Meckfessel | IDR, PSLF | TEACH |