UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FEDLOAN STUDENT LOAN SERVICING LITIGATION | MDL No. 18-2833 |
| THIS DOCUMENT RELATES TO: *ALL ACTIONS* | HON. C. DARNELL JONES II |

**ORDER**

AND NOW, this 9th day of March 2020, upon consideration of the United States' Motion for an Extension To Respond to the Amended Complaint (ECF No. 52), it is hereby ORDERED that said Motion is GRANTED and the United States shall respond to said Complaint on or before March 31, 2020.

BY THE COURT:

_____
Judge C. Darnell Jones II