IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: FEDLOAN STUDENT LOAN  :  MDL
SERVICING LITIGATION  :  NO. 18-2833

## ORDER

AND NOW, this 24th day of June 2020, upon consideration of: Defendants' Joint Motion for Leave to File Reply Briefs in Support of Motions to Dismiss (ECF No. 66); Plaintiffs' Response thereto (ECF No. 67); Plaintiffs' Motion for Leave to File Sur-Reply Briefs (ECF No. 68); and, Defendants' Joint Response thereto (ECF No. 69), it is hereby ORDERED as follows:

(1) Defendants' Motion (ECF No. 66) is GRANTED in PART and DENIED in PART.  **On or before August 7, 2020**, Defendants' may file two Replies to Plaintiffs' Responses to Defendants' Motions to Dismiss, each **not to exceed fifteen (15)-pages**; and,

(2) Plaintiffs' Motion (ECF No. 68) is GRANTED.  **On or before September 8, 2020**, Plaintiffs may file two Sur-Replies to Defendants' Replies, each **not to exceed fifteen (15)-pages**.[1]

BY THE COURT:

/s/   C. Darnell Jones, II    J.

---

[1] The parties are strongly encouraged to keep their respective filings within the ten (10)-page limit authorized by this Court's Policies and Procedures.  However, in the event there is a need for additional pages, leave is granted as set forth above.