IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: FEDLOAN STUDENT LOAN      :      MDL
SERVICING LITIGATION             :      NO. 18-2833

## ORDER

AND NOW, this 15th day of June 2021, it is hereby ORDERED **that on or before July 6, 2022**, Plaintiffs shall file Responses to Defendants Cardona, United States Department of Education, and PHEAA's Suggestions of Mootness (ECF Nos. 80, 81).

BY THE COURT:

/s/   C. Darnell Jones, II     J.