**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: FEDLOAN STUDENT LOAN
SERVICING LITIGATION**                                         MDL No. 2833

**ORDER REASSIGNING LITIGATION**

The Panel has been notified of the need to reassign the above litigation to another judge in the Eastern District of Pennsylvania.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Nitza I. Quiñones Alejandro for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

                                         **FOR THE PANEL**

                                         _____
                                         Karen K. Caldwell
                                         Chair