**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: FEDLOAN STUDENT LOAN SERVICING LITIGATION | MDL No. 18-2833 |
| THIS DOCUMENT RELATES TO: *ALL ACTIONS* | HON. NITZA QUINONES ALEJANDRO |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR FEDERAL DEFENDANTS

PLEASE TAKE NOTICE that the Clerk is hereby asked to enter the appearance of Carol Federighi, Senior Trial Counsel with the United States Department of Justice, Civil Division, Federal Programs Branch, as counsel for The United States Department of Education and Secretary of Education Miguel Cardona ("Federal Defendants").  Ms. Federighi is replacing Peter M. Bryce, who works in the same office.  The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be directed to Ms. Federighi at the below mailing address, telephone number, and email address. Terrance A. Mebane will continue also to represent the Federal Defendants in this matter.

Please also take notice that, from the date of this request, service on Federal Defendants should include service on Ms. Federighi.

Dated:  January 20, 2023                    Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Principal Deputy Assistant Attorney General

                                            JACQUELINE C. ROMERO
                                            United States Attorney

                                            RUTH A. HARVEY
                                            Director, Commercial Litigation Branch

                                            MICHAEL J. QUINN
                                            Senior Litigation Counsel,
                                            Commercial Litigation Branch

                                            MARCIA BERMAN
                                            Assistant Branch Director,
                                            Federal Programs Branch

                                             */s/ Carol Federighi*
                                            TERRANCE A. MEBANE
                                            PETER M. BRYCE
                                            CAROL FEDERIGHI
                                            United States Department of Justice
                                            Civil Division
                                            Washington, DC 20005
                                            Telephone: (202) 514-1903
                                            terrance.a.mebane@usdoj.gov
                                            peter.bryce@usdoj.gov
                                            carol.federighi@usdoj.gov

                                            *Counsel for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January 2023, a true and correct copy of the foregoing was filed electronically with the Court's Electronic Case Filing (ECF) system.  I understand that notice of this filing will be sent to all parties by operation of the Court's ECF system.

*/s/ Carol Federighi*
CAROL FEDERIGHI
United States Department of Justice