# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: FEDLOAN STUDENT | : | MDL NO. 18-2833 |
| LOAN SERVICING LITIGATION | : | (And Related Cases) |
| | : | |
| | : | |
| | : | |

# ORDER

**AND NOW**, this 4th day of April 2023, upon consideration of the parties' filings with respect to Defendants' pending motion to dismiss, it is hereby **ORDERED** that, by April 18, 2023, the parties shall each file a supplemental memorandum of law addressing the effect, if any, of Plaintiffs' class action allegations on Defendants' mootness arguments.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*