# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: FEDLOAN STUDENT | : | MDL NO. 18-2833 |
| LOAN SERVICING LITIGATION | : | ALL CASES |
| | : | |
| | : | |
| | : | |

# ORDER

**AND NOW**, this 18th day of February 2025, upon consideration of the *motions to dismiss* filed by Defendants Pennsylvania Higher Education Assistance Agency, (ECF 55), and the United States Department of Education and Secretary of Education, (ECF 61), Plaintiffs' responses in opposition, (ECF 64 and 65), the parties' respective replies and supplemental filings, (ECF 72-74, 76-81, 83, 95-96, 98, 99-103, 111-113, 115, and 116), and the allegations in the consolidated amended class action complaint, (ECF 49), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motions to dismiss, (ECF 55 and 61), are **GRANTED**, and this matter is **DISMISSED** for lack of subject-matter jurisdiction.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*