**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: FEDLOAN STUDENT LOAN SERVICING LITIGATION | Case No. 18-md-02833<br><br>HON. NITZA I. QUIÑONES ALEJANDRO |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Third Circuit from the Court's February 18, 2025 Memorandum Opinion (ECF No. 121) and the Court's February 18, 2025 Order (ECF No. 122) granting Defendants' Motions to Dismiss (ECF Nos. 55 & 61) for lack of subject-matter jurisdiction.

Dated: March 20, 2025

Respectfully submitted,

| **LOWEY DANNENBERG, P.C.** | **LYNCH CARPENTER LLP** |
|---|---|
| /s/ Laura K. Mummert | /s/ Gary F. Lynch |
| Laura K. Mummert (PA ID 85964) | Gary F. Lynch (PA ID 56887) |
| Anthony M. Christina (PA ID 322528) | Jamisen A. Etzel (PA ID 311554) |
| William J. Olson (PA ID 322948) | 1133 Penn Avenue, 5th Floor |
| One Tower Bridge | Pittsburgh, PA 15222 |
| 100 Front Street, Suite 520 | Telephone: (412) 322-9243 |
| West Conshohocken, PA 19428 | gary@lcllp.com |
| Telephone: (215) 399-4770 | jamisen@lcllp.com |
| lmummert@lowey.com | |
| achristina@lowey.com | |
| wolson@lowey.com | |
| | |
| *Co-Lead Counsel for Plaintiffs and the Proposed Class* | *Co-Lead Counsel for Plaintiffs and the Proposed Class* |

## **CERTIFICATE OF SERVICE**

I, Laura K. Mummert, hereby certify that on March 20, 2025, I filed and served through the Court's ECF system a true and correct copy of the foregoing document. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of this Court's electronic filing system.

*/s/ Laura K. Mummert*
Laura K. Mummert