UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. <u>25-1533</u>**

In Re: Fedloan Student Loan Servicing Litigation

To: Clerk

1) Motion by Appellants to Dismiss Case Pursuant to Fed. R. App. P. 42(b)(1)

2) Supplement by Appellants to Motion to Dismiss Case Pursuant to Fed. R. App. P. 42(b)(1)

---

As the supplement to Appellants' motion to dismiss verifies that only four of the plaintiffs were appealing the District Court's February 18, 2025 opinion and order, the caption will be amended to read as follows:

IN RE: FEDLOAN STUDENT LOAN SERVICING LITIGATION

Arielle Anderson; Amanda Leone; Meagan Pryor; Tanuj Goulet,
f/k/a Tanuja Goulet,
Appellants

The motion to dismiss is granted. In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), with prejudice and without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

<u>s/ Patricia S. Dodszuweit</u>
Clerk

Dated: July 30, 2025

kr/cc: All Counsel of Record

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate